IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLORIA A. BUNCH**                                                                                    **PLAINTIFF**

**VS.**                                    **NO. 4:11CV000869 JMM**

**UNIVERSITY OF ARKANSAS**
**BOARD OF TRUSTEES,**
**a Body Politic and Corporate**                                                          **DEFENDANT**

### ORDER

The Clerk is directed to prepare the summons. The United States Marshal for the Eastern District of Arkansas is directed to serve the summons and complaint on the Defendant in this action without prepayment of costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Additionally, Plaintiff's attention is directed to the fact that she is required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas. Plaintiff is instructed to be familiar and comply with said Rules.

IT IS SO ORDERED this 29th day of February, 2012.

_____
James M. Moody
United States District Judge