IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLORIA A. BUNCH                                                                                    PLAINTIFF

v.                              Case No. 4:11-cv-00869-KGB

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES                                                                          DEFENDANT

### AMENDED ORDER

On September 18, 2012, the Court entered an Order (Dkt. No. 28) granting plaintiff Gloria A. Bunch's motion to stay (Dkt. No. 26). Although defendant did not object to Ms. Bunch's motion to stay, on September 20, 2012, defendant filed its motion for modification of the Court's Order granting Ms. Bunch's motion to stay (Dkt. No. 30). For good cause shown, defendant's motion is granted. The Court amends its original Order in that Ms. Bunch is not entitled to file additional objections to pending discovery requests as the time to object has passed (Dkt. No. 28).

Plaintiff is directed to confer with defendant and file a status report with the Court 25 days from the entry of this Order.

IT IS SO ORDERED this 25 day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE