IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLORIA A. BUNCH                                                                                    PLAINTIFF

V.                          CASE NO.: 4:11CV00869 KGB

UNIVERSITY OF ARKANSAS BOARD OF TRUSTEES                        DEFENDANT

## ORDER

United States District Judge Kristine G. Baker has referred two motions to this court for decision (docket entry #83):  Martha Jett McAlsiter's motion to withdraw as attorney for Gloria A. Bunch (#80), and her motion to file under seal the brief in support of her motion to withdraw (#81).

Ms. McAlister's motion to file her brief in support of her motion for leave to withdraw under seal (#81) is GRANTED.  The brief may be filed under seal with the Clerk.  The court will defer ruling on the motion to withdraw until it has had an opportunity to review the brief.

IT IS SO ORDERED this 22nd day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE