IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GLORIA A. BUNCH**                                                                                  **PLAINTIFF**

v.                                      Case No. 4:11-cv-00869-KGB

**UNIVERSITY OF ARKANSAS**
**BOARD OF TRUSTEES**                                                                  **DEFENDANT**

## ORDER

On November 26, 2012, the Court took under advisement plaintiff Gloria A. Bunch's *pro se* motion to stay her case indefinitely and instead stayed this case for 45 days (Dkt. Nos. 43, 44). After granting Ms. Bunch's motion to appoint counsel (Dkt. No. 51), however, the Court decided to keep the stay in effect until counsel could be found. On November 21, 2013, the Court appointed James Melton Sayes to represent Ms. Bunch (Dkt. No. 97). Accordingly, the stay in this case is hereby lifted. Ms. Bunch shall have 45 days from the date of this Order to respond to defendant's motion to compel (Dkt. No. 49). A separate Order will follow resetting all other deadlines to the extent necessary.

SO ORDERED this 7th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE