IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLORIA A. BUNCH                                             PLAINTIFF

v.                          No. 4:11-cv-869-DPM

UNIVERSITY OF ARKANSAS
BOARD OF TRUSTEES, A Body
Politic and Corporate                                       DEFENDANT

ORDER

Bunch has filed a motion objecting to the Court's recent Order denying her motion for Rule 60 relief. The Court construes this paper as a motion to reconsider. First, the Court considered all the internet materials. The Court's ruling wasn't about their reliability; it was about their availability — they've long been available. Second, Bunch did not provide documents from the 40 under 40 website showing that John Baker was or is a member of the UAMS consortium. № 179 at 7. Third, the record doesn't establish any connection between Camp Aldersgate and UAMS that required recusal. 28 U.S.C. § 455(b). Assuming that Bunch is correct about UAMS holding clinics at the camp, a new point, this is a connection that the governing statute would require a judge to consider and make a judgment call about: would an average person, fully informed about all the circumstances, reasonably question the judge's impartiality? 28 U.S.C. § 455(a). The answer is

committed to the judge's discretion. *In re Kansas Public Employees Retirement System*, 85 F.3d 1353, 1358 (8th Cir. 1996). Fourth, the Court stands by its earlier ruling on the Potts issues. The motion, № 183, is therefore denied.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 January 2018